# UNITED STATES DISTRICT COURT
for the\_

_____  )
*Plaintiff*  )
       v.  )   Civil Action No.
   )
   )
_____  )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❐ other:



This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

❐ decided by Judge _____ on motions for



Date: _____

*CLERK OF COURT*

_____

_____
*(By) Deputy Clerk*